724 A.2d 796

IN THE MATTER OF STEPHEN R. SPECTOR,
AN ATTORNEY AT LAW.

March 12, 1999.

### ORDER

The Disciplinary Review Board on October 20, 1998, having filed with the Court a report concluding that **STEPHEN R. SPECTOR** of **ENGLEWOOD,** who was admitted to the bar of this State in 1968, should be reprimanded for violating *RPC* 8.4(c) (conduct

involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STEPHEN R. SPECTOR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.